UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:17-mj-01094-RN

| **United States of America**, | |
|---|---|
| v. | **Order** |
| **Johanna Esmeralda Ayala-Rodriguez**, | |

Defendant Johanna Esmeralda Ayala-Rodriguez appeared before the court on April 25, 2017, for a hearing on her motion to reopen her detention hearing. After hearing evidence and argument from both parties, the Court determined that the detention hearing should be reopened and the Government's Motion for Detention should be denied because there were conditions the court could impose which would reasonably assure Ayala-Rodriguez's appearance as required and the safety of any other person and the community. After the court entered an order setting Ayala-Rodriguez's conditions of release, the Government requested that the court stay its order to allow it to determine whether it will file a motion under 18 U.S.C. § 3145(a) seeking either revocation of the order or amendment of the conditions of release.

Having considered the Government's motion, the court orders that its Order Setting Conditions of Release is stayed. If the Government does not file a motion under § 3145(a) by 12:00 p.m. on April 26, 2017, or files a notice indicating it no longer intends to pursue an appeal, Ayala-Rodriguez is to be released pursuant to the terms in the Order Setting Conditions of Release once electronic monitoring is in place. If such a motion is filed, she shall remain in the custody of the United States Marshal until the motion is resolved.

Dated: April 25, 2017

_____
Robert T. Numbers, II
United States Magistrate Judge